Joseph La Costa (SBN 108443) email: joelacostaesq@gmail.com
7860 Mission Center Court, Suite 201
San Diego, California 92108
Telephone: (619) 922-5287

Attorney for Plaintiffs EDITH GOMEZ and OSCAR VASQUEZ

GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP
Douglas D. Guy (SBN 117844) email: dguy@g3pmlaw.com
Jesse A. Allen (SBN 296093) email: jallen@g3pmlaw.com
15373 Innovation Drive, Suite 170
San Diego, California 92128-3427
Telephone: (858) 676-8600

Attorneys for Defendant LAURIE HERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH GOMEZ; OSCAR VASQUEZ, individually and as the Personal Representative of the Estate of their unborn child hereinafter "Baby Vasquez,<br><br>Plaintiffs,<br><br>v.<br><br>LAURIE HERNANDEZ,<br><br>Defendants. | CASE NO. 5:20-cv-00011-GW-SHK<br><br>**JOINT NOTICE OF CASE SETTLEMENT**<br><br>Pretrial Conference Date: February 11, 2021<br>Trial Date: February 23, 2021<br><br>Assigned to: Judge George H. Wu<br>Referred to: Judge Shashi H. Kewalramani |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between

/ / /

1

1 the parties for review and approval.  Once all of the appropriate signatures have been
2 obtained, an executed Stipulation of Dismissal of the entire action will be filed.
3      Respectfully submitted,

Dated:  December 29, 2020     By:     /s/
     JOSEPH LA COSTA
     Attorney for Plaintiffs
     EDITH GOMEZ and OSCAR VASQUEZ

Dated:  December 29, 2020     GATES, GONTER, GUY, PROUDFOOT &
     MUENCH, LLP

     By:     /s/
     JESSE A. ALLEN
     Attorney for Defendant
     LAURIE HERNANDEZ