# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 20-0011-GW-SHKx | Date | December 30, 2020 |
|---|---|---|---|
| Title | *Edith Gomez, et al. v. Laurie Hernandez* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on December 28, 2020. The Court vacates all previously set dates, and sets an order to show cause re settlement hearing for February 1, 2021 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 28, 2021.

:

Initials of Preparer     JG