UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH GOMEZ; OSCAR VASQUEZ, individually and as the Personal Representative of the Estate of their unborn child hereinafter "Baby Vasquez, <br><br> Plaintiffs, <br><br> v. <br><br> LAURIE HERNANDEZ, <br><br> Defendants. | CASE NO. 5:20-cv-00011-GW-SHK <br><br> [~~PROPOSED~~] **ORDER OF DISMISSAL OF ACTION** <br><br> Assigned to: Judge George H. Wu <br> Referred to: Judge Shashi H. Kewalramani |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties.

IT IS SO ORDERED.

Dated: January 21, 2021

_George H. Wu_

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1